SANTANA, APPELLEE, *v.* AUTO-OWNERS INSURANCE COMPANY, APPELLANT.

[Cite as *Santana v. Auto–Owners Ins. Co.* (1994), 69 Ohio St.3d 182.]

(No. 93–1349—Submitted March 29, 1994—Decided May 4, 1994.)

*Law Offices of Mollenkamp & Fisher, John B. Fisher* and *Alan L. Mollenkamp,* for appellee.

*Jones & Bahret Co., L.P.A., Robert J. Bahret* and *Keith J. Watkins,* for appellant.

This cause is before this court upon the certification of the Court of Appeals for Lucas County that its judgment conflicted with the judgment of the Court of Appeals for Mahoning County in *Miller v. Shelby Mut. Ins.* Co. (1969), 20 Ohio App.2d 323, 49 O.O.2d 451, 253 N.E.2d 801.

Having examined *Miller* and the record in the present cause, we find that the judgments do not conflict. Accordingly, the appeal is dismissed. *Copeco, Inc. v. Caley* (1994), 69 Ohio St.3d 79, 630 N.E.2d 662; *Whitelock v. Gilbane Bldg. Co.* (1993), 66 Ohio St.3d 594, 613 N.E.2d 1032; *Freeman v. Holzer Med. Ctr.* (1993), 66 Ohio St.3d 601, 613 N.E.2d 1037; *State v. Parobek* (1990) 49 Ohio St.3d 61, 550 N.E.2d 476; *State v. Radar* (1989), 47 Ohio St.3d 112, 548 N.E.2d 210; *Hays v. St. Elizabeth Hosp. Med. Ctr.* (1988), 38 Ohio St.3d 60, 526 N.E.2d 307; *Cook v. Mayfield* (1988), 37 Ohio St.3d 44, 523 N.E.2d 502; *State v. Palider* (1987), 33 Ohio St.3d 68, 514 N.E.2d 873.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, CHRISTLEY, F.E. SWEENEY and PFEIFER, JJ., concur.

JUDITH A. CHRISTLEY, J., of the Eleventh Appellate District, sitting for RESNICK, J.